IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALGREEN COMPANY,
A/K/A AND D/B/A
WALGREENS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D13-4647

v.

KATHRYN DALGLEISH,

Appellee.

_____/

Opinion filed July 28, 2014.

An appeal from the Circuit Court for Duval County.
A. C. Soud, Jr., Judge.

Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami; and, Hinshaw &
Culbertson LLP, Ft. Lauderdale, for Appellant.

William A. Bald of Pajcic & Pajcic, P.A., Jacksonville; Rodney S. Margol of
Margol & Margol, Jacksonville; and Warren K. Anderson, Jr. of Anderson, Howell
& Ravis, P.A., Jacksonville, for Appellee.

PER CURIAM.

    AFFIRMED.

RAY, SWANSON, and OSTERHAUS, JJ., CONCUR.